UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MILLENNIUM COMMERCE, LLC<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION<br><br>Defendant, | Civil Action No. 2:17-cv-83<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT BETWEEN PLAINTIFF MILLENNIUM COMMERCE, LLC AND DEFENDANT FIRST DATA CORPORATION.

Plaintiff Millennium Commerce, LLC. ("Millennium"), and defendant First Data Corporation. ("First Data") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. All matters in controversy between the parties have been settled in principle, and the Parties wish to conclude this matter without burdening the Court with any additional filings and without incurring unnecessary expense. Accordingly, the Parties respectfully request that the Court stay all remaining case deadlines with respect to Defendant First Data for thirty (30) days to allow the Parties to finalize settlement and file the appropriate dismissal papers. The Parties state that good cause exists for granting this Joint Motion, and this Joint Motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order submitted with this Joint Motion as set forth above, and grant the Parties any such other and further relief to which they are entitled.

Dated: April 10, 2017

| | |
|---|---|
| */s/ Ryan E. Hatch* | */s/ J.R. Johnson* |
| Law Office of Ryan E. Hatch<br>CA State Bar No. 235577<br>13323 W. Washington Blvd., Suite 100<br>Los Angeles, CA 90066<br>Tel. 310-435-6374<br>Email: ryan@ryanehatch.com<br><br>*Attorney for Plaintiff Millennium Commerce, L.L.C.* | J. Stephen Ravel<br>Texas State Bar No. 16584975<br>J.R. Johnson<br>Texas State Bar No. 24070000<br>KELLY HART & HALLMAN LLP 303<br>Colorado, Suite 2000<br>Austin, Texas 78701<br>Tel. (512) 495-6429<br>Fax (512) 495-6401<br>Email: steve.ravel@kellyhart.com<br><br>Travis L. Clardy<br>Texas State Bar No. 04268020<br>KELLY HART & HALLMAN LLP<br>209 East Main Street<br>Nacogdoches, Texas 75961<br>Tel: (936) 564-2500<br>Fax: (936) 564-2507<br>Email: travis.clardy@kellyhart.com<br><br>*Attorneys for Defendants First Data Corporation and Clover Network, Inc.* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this April 10, 2017 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

                                                           /s/ _Ryan E. Hatch_____
                                                          Ryan E. Hatch